No. 44,224

EARL WILLMETH, JACK BYERS and JOE E. FOBES, *Appellants*, v. NEAL C. HARRIS, V. E. TULLAR and RAY DEITZ, County Commissioners in and for Jewell County, *Appellees*.

(403 P. 2d 127)

Opinion filed June 14, 1965.

*Tweed W. Ross*, of Beloit, argued the cause, and was on the brief for the appellants.

*John S. Dean, Jr.*, of Topeka, and *Robert H. Meyer*, county attorney, argued the cause, and *B. L. Pringle*, of Topeka, *Geo. E. Teeple*, *L. E. Weltmer*, *L. M. Weltmer* and *Roderick E. Weltmer*, of Mankato, were with them on the brief for the appellees.

Opinion of the court delivered by

WERTZ, J.: This case has been considered by the court, and the judgment is affirmed. Since the action involves a pressing local public question, the court is announcing its decision at this time in order that all parties to the litigation may be advised. A formal opinion will be filed when prepared.